HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LOUISE RYAN (in her capacity as Washington Long Term Care Ombudsman), et al.,

Plaintiffs,

v.

SUSAN DREYFUS (in her capacity as Secretary of Washington Department of Social and Health Services),

Defendant.

No. C09-0908RAJ

ORDER

This matter comes before the court on Plaintiffs' motion to seal (Dkt. # 59). The Defendant filed no opposition to this motion. The court finds that sealing is appropriate under these circumstances, and therefore GRANTS the motion (Dkt. # 59).

It is hereby ORDERED that the following documents be sealed:

- Declaration of Barbara Mahoney Regarding A.B. (Dkt. # 61)
- Declaration of Janice Roberts Regarding A.B. (Dkt. # 62)
- Declaration of Barbara Kochler Regarding H.B. (Dkt. # 63)
- Declaration of Teresa Quinlan Regarding J.M.B. (Dkt. # 64)
- Declaration of Marci Perkins Regarding J.B. (Dkt. # 65)
- Declaration of Teresa Quinlan Regarding M.B. (Dkt. # 66)
- Declaration of Marci Perkins Regarding P.B. (Dkt. # 67)
- Declaration of Gail Middleton Regarding S.B. (Dkt. # 68)

ORDER - 1

1. • Declaration of Larry Cann Regarding G.F.C. (Dkt. # 69)
2. • Declaration of Barbara Mahoney Regarding G.F.C. (Dkt. # 70)
3. • Declaration of Teresa Quinlan Regarding L.H.C. (Dkt. #71)
4. • Declaration of John Elwood Regarding W.E. (Dkt. # 72)
5. • Declaration of Barbara Mahoney Regarding W.E. (Dkt. # 73)
6. • Declaration of Megan McCoy Regarding A.G. (Dkt. # 96)
7. • Declaration of Sarah Barquero Regarding D.H. (Dkt. # 75)
8. • Declaration of Maureen Browning Regarding D.H. (Dkt. # 76)
9. • Declaration of James B. Leverenz, M.D. Regarding D.G.H. (Dkt. ## 74, 108, 109)
10. • Declaration of L.H. (Dkt. # 104)
11. • Declaration of Sharon Knudsen Regarding K.K. (Dkt. # 77)
12. • Declaration of Joyce Haye Regarding L.L. (Dkt. # 78)
13. • Declaration of H.R.M. (Dkt. # 79)
14. • Declaration of Allan Cory Regarding H.R.M. (Dkt. # 80)
15. • Declaration of Barbara Lord Regarding D.O. (Dkt. # 81)
16. • Declaration of Dolores Luse Regarding R.P. (Dkt. # 82)
17. • Declaration of Patricia Dahlman Regarding R.P. (Dkt. # 83)
18. • Declaration of Lindsey Ismailova Regarding S.P. (Dkt. # 84)
19. • Declaration of Charles Pettit Regarding S.P. (Dkt. # 85)
20. • Declaration of K.L.S. (Dkt. # 88)
21. • Declaration of Allan Cory Regarding K.L.S. (Dkt. # 89)
22. • Declaration of Megan McCoy Regarding K.S. (Dkt. # 86)
23. • Declaration of Glenda Sederstrom Regarding K.S. (Dkt. # 87)
24. • Declaration of Sarah Barquero Regarding F.U. (Dkt. # 90)
25. • Declaration of George Ulrich Regarding F.U. (Dkt. # 91)
26. • Declaration of Deborah Kaleta Regarding R.W. (Dkt. # 92)
27. • Declaration of Evelyn B. Pipes Regarding R.W. (Dkt. # 93)

- Declaration of Josephine Johnson Regarding J.Z. (Dkt. # 94)

IT IS SO ORDERED.

DATED this the 4th day of September, 2009.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By: */s/ Andrea Brenneke*
Andrea Brenneke, WSBA # 22027
Attorneys for Plaintiffs

ORDER - 3