The Honorable Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE LONG-TERM CARE OMBUDSMAN, LOUISE RYAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN N. DREYFUS, in her official capacity as Secretary of the Washington State Department of Social and Health Services, et al., <br><br> Defendant. | NO. CV9-908RAJ <br><br> ORDER OF FINAL APPROVAL OF THE CLASS SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE |

This matter comes before the Court pursuant to the Court's Order issued August 11, 2010 (Dkt. #200), setting the final fairness hearing for approval of the parties' class settlement agreement and dismissal of this matter with prejudice on September 16, 2010, after notice of the class settlement agreement and hearing date was sent to all class members.

## I.   FINDINGS OF FACT

1. The Court has reviewed the class settlement agreement (Dkt. #199, Exhibit 2), executed by the representative plaintiffs and defendant.

2. The parties' representations in the class settlement agreement demonstrate that the Department of Social and Health Services has worked to comply with the Court's previous injunction order dated September 4, 2009, to reinstate adult day health services for class members who are willing and able to participate in the adult day health program, that

ORDER OF FINAL APPROVAL
OF THE CLASS SETTLEMENT
AGREEMENT AND DISMISSAL
WITH PREJUDICE
NO. CV9-908RAJ

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

representative plaintiffs have monitored such reinstatement, and that any individual plaintiffs who have not been returned to adult day health services or alternative community based Medicaid skilled services will have that opportunity as a result of this settlement.

3. The terms of the class settlement agreement require the Department of Social and Health Services to provide proper pre-termination notice and administrative hearing rights before any future termination or reduction of adult day health services to class members and other ADH recipients.

4. The parties' representations in the class settlement agreement demonstrate that the Legislature has reinstated funding for the adult day health Medicaid program at a consistent level, the Department of Social and Health Services is pursuing amendments to its State Medicaid Plan to provide adult day health services at a consistent level in the future, and there is no plan to terminate or reduce the program.

5. The class settlement agreement (Dkt. #199, Exhibit 2) and class notices (Dkt. #199, Exhibits 3-4), were previously approved by the Court (Dkt. #200) and required all class members to receive notices, translated by the Department as necessary, describing each class member's right to receive reimbursement for out-of-pocket expenses for adult day health services and/or transportation during the Department's suspension of adult day health services beginning on July 1, 2009, notice of the class settlement and date for final approval and dismissal of the lawsuit, and notice of the right to request an administrative hearing for any class member claiming that his or her adult day health services should presently be reinstated at the same level he or she received on June 30, 2009.

## II. CONCLUSIONS OF LAW

1. The class settlement agreement includes the requirement for the Department of Social and Health Service to provide notice and administrative hearing rights in advance of any future termination or reduction of adult day health services for class members and other ADH recipients, as required by the Due Process Clause of the Fourteenth Amendment to the

**ORDER OF FINAL APPROVAL OF THE CLASS SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE NO. CV9-908RAJ**

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

United States Constitution and federal Medicaid regulations, 42 C.F.R. §§ 431.230 (2009), 435.930(b) (2009).

2. The class settlement agreement provides for payment by defendant of reasonable attorney fees, costs and statutory interest to plaintiffs as prevailing parties under their procedural due process claim and as authorized by 42 U.S.C. § 1988.

3. The class settlement agreement provides for adequate notice to class members of their right to obtain reimbursement for any out-of-pocket payment for adult day health services or transportation during the period such services were terminated by the Department of Social and Health Services in 2009, for the right to contest the current level of participation in adult day health services by all class members, followed by a hearing in the case of disputes, and for notice of the class settlement agreement and date of final fairness hearing. It also makes clear that class members' potential damages claims from the termination of adult day health services from July to September, 2009, are not waived by this settlement agreement.

4. The Court therefore concludes that consistent with Fed. R. Civ. P. 23(e), the class settlement agreement is fair, reasonable and adequate, and a final order of approval should be entered and this matter dismissed with prejudice.

**IT IS ORDERED AS FOLLOWS:**

A. The class settlement agreement executed by the representative plaintiffs and defendant is approved;

///
///
///
///
///
///

**ORDER OF FINAL APPROVAL OF THE CLASS SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE NO. CV9-908RAJ**

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1  B. This matter is dismissed with prejudice, with costs and fees to be paid
2  consistent with the terms of the parties' class settlement agreement.
3  IT IS SO ORDERED.
4  Dated this 16th day of September, 2010.

_____
The Honorable Richard A. Jones
United States District Judge

Presented by:

ROBERT M. MCKENNA
Attorney General

 /s/ CATHERINE R. HOOVER
CATHERINE R. HOOVER, WSBA No. 22049
R. TIMOTHY CRANDELL, WSBA No. 12178
MICHAEL M. YOUNG, WSBA No. 35562
Assistant Attorneys General
Attorneys for Department of
Social and Health Services


MacDONALD HOAGUE & BAYLESS


By: /s/ ANDREA BRENNEKE
    ANDREA BRENNEKE, WSBA #22027
     Attorneys for Plaintiffs


CROLLARD LAW OFFICES


By: /s/ JEFF CROLLARD
    JEFF CROLLARD, WSBA #15561
    Attorneys for Plaintiff
    Washington State Long-Term
    Care Ombudsman, Louise Ryan

**ORDER OF FINAL APPROVAL OF THE CLASS SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**
**NO. CV9-908RAJ**

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565